# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | CASE NUMBER: 21-53440-bem |
| REYNA'S AUTO SERVICE LLC, ) | |
| ) | CHAPTER 11 |
| Debtor. ) | |

## AMENDMENT TO SCHEDULE A/B: ASSETS – REAL AND PERSONAL PROPERTY AND SUMMARY OF ASSETS AND LIABILITIES

COMES NOW, Reyna's Auto Service LLC, named as Debtor herein, and brings this Amendment, as follows:

1.

Debtor amends #75 – Other Contingent and unliquidated claims of Schedule A/B: Assets – Real and Personal Property as shown in the attached Amended Schedule A/B.

## VERIFICATION

I, Reyna Tejada, managing member of Reyna's Auto Service LLC, named as Debtor in the above-identified case, certify that I have read the within and foregoing Amendment and it is true and correct to the best of my knowledge, information and belief.

This 7th day of May 2021.

/s/ Reyna Tejada_____
Reyna Tejada, Managing Member
Reyna's Auto Service LLC

/s/ Howard D. Rothbloom

HOWARD D. ROTHBLOOM
Georgia Bar Number 915670
Proposed Attorney for Debtor

309 E. Paces Ferry Road, NE
Suite 400
Atlanta, GA  30305
770-792-3636 (telephone)
howard@rothbloom.com

**Fill in this information to identify the case:**

Debtor name: Reyna's Auto Service LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): 21-53440

☒ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   - ☒ No. Go to Part 2.
   - ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number
   3.1. _____ _____ ____ ____ ____ ____   $_____
   3.2. _____ _____ ____ ____ ____ ____   $_____

4. **Other cash equivalents** *(Identify all)*
   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**   $_____
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   - ☒ No. Go to Part 3.
   - ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____   $_____
   7.2. _____   $_____

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 1

Debtor     Reyna's Auto Service LLC                                   Case number (*if known*) 21-53440
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1._____    $_____

    8.2._____    $_____

9. **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.                                               $_____

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                                                          **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   _____ – _____ = ........ →    $_____
                                       face amount             doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ – _____ = ........ →    $_____
                                       face amount             doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                  $_____

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                          **Valuation method used for current value**      **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____     _____     $_____

    14.2. _____     _____     $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                              % of ownership:

    15.1._____    _____%     _____     $_____

    15.2._____    _____%     _____     $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____     _____     $_____

    16.2. _____     _____     $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                                   $_____

Debtor  Reyna's Auto Service LLC                                    Case number (*if known*) 21-53440
_____                            _____
Name

### Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**
    _____     _____     $_____     _____     $_____
                                          MM / DD / YYYY

20. **Work in progress**
    _____     _____     $_____     _____     $_____
                                          MM / DD / YYYY

21. **Finished goods, including goods held for resale**
    _____     _____     $_____     _____     $_____
                                          MM / DD / YYYY

22. **Other inventory or supplies**
    _____     _____     $_____     _____     $_____
                                          MM / DD / YYYY

23. **Total of Part 5**                                                                      $_____
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

### Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**
    _____     $_____     _____     $_____

29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish
    _____     $_____     _____     $_____

30. **Farm machinery and equipment**  (Other than titled motor vehicles)
    _____     $_____     _____     $_____

31. **Farm and fishing supplies, chemicals, and feed**
    _____     $_____     _____     $_____

32. **Other farming and fishing-related property not already listed in Part 6**
    _____     $_____     _____     $_____

Official Form 206A/B                Schedule A/B: Assets — Real and Personal Property                page 3

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                                                                 $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ❏ No

    ❏ Yes. Is any of the debtor's property stored at the cooperative?

    　　❏ No

    　　❏ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ❏ No

    ❏ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ❏ No

    ❏ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ❏ No

    ❏ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ❏ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Desk and Chair | $ 75.00 | _____ | $ 75.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                                                                 $ 75.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ❏ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ❏ Yes

Debtor __Reyna's Auto Service LLC_____    Case number *(if known)* __21-53440_____
     Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    - ☑ No. Go to Part 9.
    - ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 _____    $_____    _____    $_____
    47.2 _____    $_____    _____    $_____
    47.3 _____    $_____    _____    $_____
    47.4 _____    $_____    _____    $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____    $_____    _____    $_____
    48.2 _____    $_____    _____    $_____

49. **Aircraft and accessories**

    49.1 _____    $_____    _____    $_____
    49.2 _____    $_____    _____    $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

                                              $_____    _____    $_____

51. **Total of Part 8.**                                                        $_____
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ☐ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

Debtor  Reyna's Auto Service LLC _____    Case number (*if known*) 21-53440_____
      Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
    - ☐ No. Go to Part 10.
    - ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Property located at 3434 Hill Drive, NW, Duluth, GA  30096 | | $_____ | _____ | $290,000.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**   $290,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    - ☑ No
    - ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    - ☐ No
    - ☑ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    - ☑ No. Go to Part 11.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**   $_____
    Add lines 60 through 65. Copy the total to line 89.

Debtor  Reyna's Auto Service LLC _____ Case number (*if known*) 21-53440 _____
           Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   ☐ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☐ No. Go to Part 12.
   ☑ Yes. Fill in the information below.

                                                                                    **Current value of**
                                                                                    **debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)
   _____  _____ – _____ = →  $_____
                                              Total face amount  doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**
   _____                          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   _____                          $_____
   **Nature of claim**      _____
   **Amount requested**     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   See continuation sheet                                                  $ Unknown
   _____
   **Nature of claim**      _____
   **Amount requested**     $_____

76. **Trusts, equitable or future interests in property**
   _____                          $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership
   Tools of Trade _____                   $ 1,000.00
   _____                          $_____

78. **Total of Part 11.**                                                  $ 1,000.00
   Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Official Form 206A/B                Schedule A/B: Assets — Real and Personal Property                page 7

Debtor  Reyna's Auto Service LLC

Name

Case number (*if known*) 21-53440

# Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 75.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $ 290,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 1,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ......................... 91a. | $ 1,075.00 | + 91b. $ 290,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................... 291,075.00    $ 291,075.00

| Debtor 1 | Reyna's Auto Service LLC | | Case number (if known) | 21-53440 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Continuation Sheet for Official Form 206 A/B

**75) Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | | | |
|---|---|---|---|
| Claim against American Financial Network, Inc. | Claim against American Financial Network, Inc. | 1.00 | Unknown |
| TILA claim against Blackstone Residential Operating Partnership LP pursuant to 15 U.S.C. § 1635 and 1640 | TILA claim against Blackstone Residential Operating Partnership LP pursuant to 15 U.S.C. § 1635 and 1640 | 1.00 | Unknown |

Official Form 206 A/B                    Schedule A/B: Property

**Fill in this information to identify the case:**

Debtor name: Reyna's Auto Service LLC

United States Bankruptcy Court for the: Northern District of Georgia (State)

Case number (If known): 21-53440

☒ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals
12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ........................................................................................... $ 290,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ......................................................................................... $ 1,075.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ........................................................................................... $ 291,075.00

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ........... $ 154,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*................................................ $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*........................ +$ 2,000.00

4. **Total liabilities** ..................................................................................................................... $ 156,000.00
   Lines 2 + 3a + 3b

Official Form 206Sum            Summary of Assets and Liabilities for Non-Individuals            page 1

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) CASE NUMBER: 21-53440-bem |
| REYNA'S AUTO SERVICE LLC, | ) |
| | ) CHAPTER 11 |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed a true and correct copy of the within and foregoing Amendment to Schedule A/B: Assets – Real and Personal Property with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following:

Office of the United States Trustee
362 Richard Russell Bldg.
75 Spring St. SW
Atlanta, GA 30303

This 7th day of May 2021.

Respectfully submitted,

THE ROTHBLOOM LAW FIRM

/S/
_____
**HOWARD D. ROTHBLOOM**
Georgia Bar #915670
Attorney for Debtor, Steven Wesley Gordon
309 E. Paces Ferry Road, NE
Suite 400
Atlanta, GA 30305
(770) 792-3636
howard@rothbloom.com